# In the United States Court of Federal Claims

No. 06-014 C

(Filed March 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
WARRENTON ASSOCIATES I, L.P., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 3, 2006, the parties filed a Joint Motion for a Stay of Proceedings. On January 6, 2006, the subject matter was assigned to this court's ADR pilot procedures, along with approximately 230 other related cases filed at various times. Eight[1] of these 230 cases remain active and are engaged in on-going ADR activities. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court and the parties, the parties seek permission from the court to stay the subject matter pending the outcome of the eight above-referenced cases.

---

[1]/ These cases are: *Grass Valley Investment Group I v. United States*, No. 04-1284C (Fed. Cl.); *Diamond Springs Investment Group II v. United States*, No. 04-1302 (Fed. Cl.); *Weaverville Investment Group I v. United States*, No. 04-1320C (Fed. Cl.); *Hollister Investment Group II v.United States*, No. 04-1297C (Fed. Cl.); *Ramona Investment Group II v. United States*, No. 04-1259C (Fed. Cl.); *Pixley Investment Group v. United States*, No. 04-1315C (Fed. Cl.); *Brawley I Investment Group v. United States*, No. 04-1287 (Fed. Cl.); and *Brawley II Investment Group v.United States*, No. 04-1305C (Fed. Cl.).

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**; and the proceedings in this case are **SUSPENDED** pending further order of the court. The parties are instructed to inform the court at the conclusion of ADR proceedings whether an amicable resolution has been reached.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE